# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2013

Robert P. Young, Jr.,
Chief Justice

146521

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                   SC: 146521
                                   COA: 300959
                                   Kent CC: 09-011041-FC

JASON LEE SHAVER,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 4, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether evidence of a child's prior sexual abuse is barred by the rape-shield statute, MCL 750.520j; (2) if so, whether evidence of prior sexual abuse was nevertheless admissible in this instance to preserve the defendant's right of confrontation and to present a defense (see *People v Hackett*, 421 Mich 338 (1984)); and (3) whether any error in excluding evidence of prior sexual abuse in this case was harmless.

The Criminal Law Section of the State Bar of Michigan, the Prosecuting Attorneys Association of Michigan, and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2013



Clerk

p0917